U.S. District Court
Western District of Louisiana
Robert H. Shemwell, Clerk
RECEIVED
Date: 03-07-08
By: M. Cassanova

**MINUTE ENTRY**
**March 07, 2008**

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL NO. 08-cr-00064-01 |
| versus | |
| SCHERRIE WOODYARD | MAGISTRATE JUDGE HORNSBY |

**O R D E R**

On the basis of the evidence in the record of Defendant's financial condition, the Court finds that Defendant is financially unable to employ counsel and appoints the office of the Federal Public Defender to represent her or to recommend counsel to represent her. However, the Court further finds that her income is in excess of the amount needed to provide the necessities of life. In accordance with the provisions of 18 USC § 3006A(f),

**DEFENDANT IS ORDERED** to pay the sum of $100 per month for the next five months (for a total of $500) to help defray the cost of her legal representation. The first payment is due on Monday, March 17, 2008 with the remaining payments due on the first business day of each month. The payment may be in cash or check or money order drawn to the order of Robert Shemwell, Clerk of Court. The payments will be credited to the CJA appropriation.

MARK L. HORNSBY
UNITED STATES MAGISTRATE JUDGE